# VT Halter Marine, Inc.

**Vision Technologies Systems**

Corporate Headquarters
900 Bayou Casotte Parkway
Pascagoula, MS 39581 USA
PO Box 1328
Pascagoula, MS 39568-1328 USA
Tel: 228-696-6888
Fax: 228-688-6891

| INVOICE #: | 592004D |
|---|---|
| CUSTOMER #: | 970612 |

**SOLD TO:**
EMAS-AMC
2103 Citywest Boulevard
Suite 500
Houston TX 77042

**SHIP TO:**
EMAS-AMC
2103 Citywest Boulevard
Suite 500
Houston TX 77042

| YOUR ORDER NO. | DATE | DATE SHIPPED | MILESTONE NO. | JOB NO. | HULL NO. | TERMS NET |
|---|---|---|---|---|---|---|
| AMCUS-SC-15-00080 | 12/13/2016 | N/A | N/A | R133 | | Due Upon Receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|
| 1 | Installment Invoice No. 7 of 12 | | $ 563,420.70 |
| 1 | Additional Interest for late payment on Installment No. 6<br>Bal ($3,714,134.01 x 6%)/360 x 27 days late = $16,713.60 | | $ 16,713.60 |

*Payment Due by 12/31/16

12/13/2016
Date

_[signature]_ CFO

PLEASE REFERENCE INVOICE NUMBER WHEN WIRING PAYMENT

**TERMS AND CONDITIONS**

REMIT TO:
Attn: Accounting Dept.
VT Halter Marine, Inc.
P.O. Box 1328, Pascagoula, MS 39568-1328

WIRING INSTRUCTIONS: Please reference invoice number when wiring payment
Account name: VT Halter Marine, Inc.
Account # 4426614911
Bank of America, Charlotte, NC
ABA 0260-0959-3

ACH Instructions
Account name: VT Halter Marine, Inc.
Account # 4426614911
Bank of America, Charlotte, NC
ABA 1110-0001-2

| | |
|---|---|
| SUB-TOTAL: | $ 580,134.30 |
| ORIGINAL CONTRACT | $ - |
| | $ - |
| | $ - |
| | $ - |
| PREVIOUSLY INVOICED | $ - |
| BALANCE DUE THIS INVOICE | $ 580,134.30 |

EXHIBIT C