## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**VT HALTER MARINE, INC.**                                    **PLAINTIFF**

**v.**                                    **CIVIL NO. 1:17cv49-HSO-JCG**

**EMAS CHIYODA SUBSEA, INC.**
**f/k/a EMAS-AMC, INC. and EZRA**
**HOLDINGS LIMITED**                                    **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order entered herewith dismissing the

Complaint [1] filed by Plaintiff VT Halter Marine, Inc. against Defendants EMAS

Chiyoda Subsea, Inc. f/k/a EMAS-AMC, Inc. and Ezra Holdings Limited for lack of

subject-matter jurisdiction,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 12th day of May, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE